USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GABRIELLA BLASETTI,

                Plaintiff,                    **21-CV-7540 (JPC) (KHP)**

     -against-                               **ORDER**

SCHINDLER ELEVATOR CORPORATION,

                Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the August 8, 2022 Case Management Conference:

The deadline for the completion of fact discovery is extended to **Wednesday, November 16, 2022**. The deadline for completion of expert discovery remains **Friday, April 14, 2023**.

The parties shall file a joint status letter by **Friday, September 30, 2022**. The letter shall include an update on the status of the worker's compensation case.

    **SO ORDERED.**

DATED:      New York, New York
                August 8, 2022

                                                      _____
                                                      KATHARINE H. PARKER
                                                     United States Magistrate Judge