```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GABRIELLA BLASETTI,

                  Plaintiff,

        -against-                                    **21-CV-7540 (JPC) (KHP)**

SCHINDLER ELEVATOR CORPORATION,              <u>**ORDER**</u>

                  Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the November 29, 2022 Case Management Conference:

The deadline for the completion of fact discovery is extended to **Friday, April 14, 2023.**

The deadline for completion of expert discovery remains **Friday, April 14, 2023**. The deadline for Plaintiff to provide its expert disclosures and its expert report on liability is **Wednesday, January 18, 2023**. The deadline for Defendant to provide its expert disclosures and its expert report on liability is **Friday, February 17, 2023**.

A Case Management Conference is scheduled on **Tuesday, February 7, 2023 at 11:00 a.m**. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY.

     **SO ORDERED.**

DATED:     New York, New York
                November 30, 2022

                                                        _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge