```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GABRIELLA BLASETTI,

                       Plaintiff,

      -against-

SCHINDLER ELEVATOR CORPORATION,

                       Defendant.
-----------------------------------------------------------------X

21-CV-7540 (JPC) (KHP)

**CASE MANAGEMENT CONFERENCE CONVERSION ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Case Management Conference in this matter scheduled for **Tuesday, February 7, 2023, at 11:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.

**Please dial (866) 434-5269; access code 4858267.**

       SO ORDERED.

Dated:  Monday, February 06, 2023
New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge