**CONNELL FOLEY**

A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
P 973.436.5800  F 973.436.5801

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/8/2023**

J. Koll
sociate
Direct Dial 973.436.5712
PKoll@connellfoley.com

August 7, 2023

> **Application granted.** In addition, the parties shall discuss whether they would like to schedule a settlement conference before the undersigned to occur after the close of discovery. If so, they should file a joint letter requesting a conference and the Court will schedule one.
>
> **SO ORDERED:**
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER            8/8/2023
> UNITED STATES MAGISTRATE JUDGE

**_VIA ECF_**
The Honorable Katharine H. Parker, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 17D
New York, NY 10007

     Re:    **Gabriella Blasetti v. Schindler Elevator Corporation**
              **Civil Action No. 1:21-cv-07540-JPC-KHP**

Dear Judge Parker:

    We represent defendant, Schindler Elevator Corporation ("SEC") in the above-referenced matter. We write this joint status letter on behalf of all parties pursuant to Your Honor's May 4, 2023 Order.

    Plaintiff's expert, Patrick Carrajat, was scheduled to be deposed on July 21, 2023, however, it was adjourned due to a medical emergency. That deposition is now scheduled for August 16, 2023. Defense expert, Jon Halpern, is scheduled to be deposed on September 13, 2023.

    The parties anticipate being able to meet the liability expert deposition deadline, which is currently set for September 18, 2023 and <u>request 30 days from the close of expert depositions until October 18, 2023 to advise the Court if they will be filing summary judgment motions</u>.

                             Respectfully submitted,

                             *Perri J. Koll*

                             Perri J. Koll

cc:  Thomas Pardo, Esq. (*via ECF*)

9119791-1