UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

GABRIELLA BLASETTI,

                                Plaintiff,

           -against-                                        21-CV-7540 (JPC) (KHP)

SCHINDLER ELEVATOR CORPORATION,                     **ORDER**

                              Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Plaintiff's counsel failed to appear for the telephonic Case Management Conference scheduled on September 19, 2023.  Accordingly, the conference is rescheduled to **October 26, 2023 at 3:30 p.m.**  At the scheduled time, the parties shall dial the Court's conference line at 866-434-5269, access code 4858267#.

      The Court attempted to reach Plaintiff's counsel by email regarding the scheduled conference, but received a bounce-back message.  In the event Plaintiff's email address has changed, he shall update his contact information on the docket by **Tuesday, October 3, 2023**.

**SO ORDERED.**

DATED:      New York, New York
                 September 19, 2023

                                                           */s/ Katharine H. Parker*
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2023