```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GABRIELLA BLASETTI,

                                Plaintiff,

                -against-                                          21-CV-7540 (JPC) (KHP)

SCHINDLER ELEVATOR CORPORATION,
                                                                   ORDER RESCHEDULING CASE
                                Defendant.                         MANAGEMENT CONFERNCE
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2023

**KATHARINE H. PARKER, United States Magistrate Judge:**

The telephonic Initial Case Management Conference in this matter scheduled for Thursday, October 26, 2023 at 3:30 p.m. is hereby rescheduled to **Thursday, November 2, 2023 at 3:30 p.m.** At the scheduled time, the parties shall dial the Court's conference line at 866-434-5269, access code 4858267#.

**SO ORDERED.**

DATED:   New York, New York
         October 2, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge