**CONNELL FOLEY**
A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
P 973.436.5800   F 973.436.5801

Direct Dial 973.436.5708
CBryan@connellfoley.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2024

March 27, 2024

**VIA ECF**
The Honorable Katharine H. Parker, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 17D
New York, NY 10007

**APPLICATION GRANTED**
*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.   3/28/2024

    Re:    **Gabriella Blasetti v. Schindler Elevator Corporation**
             **Civil Action No. 1:21-cv-07540-JPC-KHP**

Dear Judge Parker:

    We represent defendant, Schindler Elevator Corporation ("SEC"), in the above-referenced matter. We write, jointly with plaintiff, in response to Your Honor's January 30, 2024 Order requiring the parties to provide a joint status letter with a proposed schedule for damages discovery (Document No. 63).

    As Your Honor is aware from prior correspondence, the Workers' Compensation Board Panel recently upheld the Workers' Compensation Law Judge decision allowing plaintiff's treatment to proceed, which included an approval for both ankle and knee surgery. Plaintiff's ankle surgery was completed on March 8, 2024. However, she is required to undergo at least 6 to 8 weeks of post-surgery physical therapy on the ankle before her knee surgery can be scheduled. As such, plaintiff will not know when her knee surgery is scheduled until early May 2024.

    <u>Accordingly, the parties respectfully request that the deadline to provide a proposed schedule on damages discovery be extended until May 31, 2024.</u> The parties are hopeful that, by this date, plaintiff's knee surgery will have been scheduled such that the parties can create a realistic discovery schedule for the deposition of plaintiff on damages, as well as service of plaintiff and defendant's expert reports, and damages expert depositions.

    If any scheduling order is entered now, it would likely be subject to significant modification given the current unknowns as to plaintiff's future surgery. The parties have worked cooperatively together on this matter, and are continuing to do so. If the parties believe that they can provide a realistic schedule in advance of May 31, 2024, we will work together to do so.

14645929-1

The Honorable Katharine H. Parker, U.S.M.J.
March 27, 2024
Page 2

We thank Your Honor for considering this request.

                                         Respectfully submitted,

                                         Catherine G. Bryan

cc:  Thomas Pardo, Esq. (*via ECF*)

14645929-1